UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: C07-5011 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fikri Bayramoglu
C-54604
CTF-C-ZW 329L
P.O. Box 689
Highway 101 North
Soledad, CA 93960

Dated: November 20, 2007

                      Richard W. Wieking, Clerk
                      By: Cora Klein, Deputy Clerk

*Cora Klein*