IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIKRI BAYRAMOGLU, | ) | |
| Petitioner, | ) | No. C 07-5011 VRW (PR) |
| v. | ) | ORDER |
| BEN CURRY, Warden, | ) | (Doc # 5) |
| Respondent. | ) | |
| _____ | ) | |

Petitioner's motion for reconsideration (doc # 5) of the court's November 20, 2007 order of dismissal is DENIED.

Petitioner is reminded that the dismissal was without prejudice. He is free to file a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Bayramoglu, F1.or2.wpd