Dear Clerk,                                2-7-08

I cannot force these sick, lazy mother fuckers to do their work / The Crt. dismissed my last petition (No: CV-07-5011-VRW(PR)) because they've "failed" to forward "Certificate of funds in the Prisoner's Account" — That was not fair. Why the Crt. getting me involve with these mother fuckers in the first place?

Of course, no disrespect to you, or the Crt. F.B/

