FIKRI BAYRAMOGLU, #C-54604
CTF-C-ZW-329- - P.O. BOX 689
SOLEDAD, CA 93960   USA

Petitioner In Pro Per.

IN THE UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIKRI BAYRAMOGLU

    Petitioner,

vs.

BEN CURRY, Warden, CTF

    Respondent.

NO.: C 07-5011 VRW (PR)

MOTION FOR RECONSIDERATION OF THE ORDER
OF DISMISSAL FILED: 11/20/2007, AND
DECLARATION OF THE PETITIONER IN
SUPPORT THEREOF.

1.    I, Fikri Bayramoglu, declare that I am the Petitioner in this above entitled action, and if I called to testify, I would state the following:

2.    The court dismissed Petitioner's petitions for the reasons noted in that above noted order. Upon receipt of the court's order, on Nov. 26, 2007, filed this attached declaration. Petitioner did nothing wrong or illegal in this matter. CTF Trust Office was the one failed to forward enclosed "Certificate of Funds In Prisoner's Account" to the court. These enclosed forms on Dec. 3, 2007, were completed by Ms. C. K. Ellison, CCI and supposed to be mailed to the court on that date. However, once again, not done! Today, these forms delivered to Petitioner by Counselor R. Ruddele. It appears that the people in the Trust Office are extremely incompetent or careless, therefore this Petitioner should not be penalized for the actions/omissions of others. Petitioner declares under the penalty of perjury, under the laws of the United States that he has absolutely done nothing wrong or illegal in this matter, and this was the only first time that the CTF Trust Office failed to forward the enclosed forms to this court.

3.    Furthermore, the issues presented in this petition are very important, because it involves the "collective conspiracy" by the CDCAR and the state courts to keep the inmates unassigned, (denial of credits and privileges) and longer incarceration, for the inmates who has been granted "good times credits by the courts!"

4.    Perhaps, these are some of the reasons for the extreme over crowding in the California State Prisons currently investigated by the federal three panel court judges, and Petitioner intends to bring these matter to the attention of that panel.

5.    Petitioner declares under the penalty of perjury, under the laws of the United States that he has done absolutely nothing wrong or illegal in this matter, and respectfully requests that the court vacate its above noted order, grant Petitioner's request for forma pauperis application, and allow Petitioner to proceed in this action. Petitioner would like to thank to the Clerk of the Court for its letter of Dec. 4, 2007, in Case NO.: C 07-4374 VRW (PR) The "Certificate of Funds In Prisoner's Account" signed by Counselor R. Ruddele, in that case enclosed. Dated: Dec. 13, 2007.

Enclosures.

Respectfully submitted,

Fikri Bayramoglu/Petitioner