IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIKRI BAYRAMOGLU,<br>    Petitioner,<br>  v.<br>BEN CURRY, Warden,<br>    Respondent. | No. C 07-5011 VRW (PR)<br><br>ORDER<br><br>(Doc # 9) |

    Petitioner's second motion for reconsideration (doc # 9) of the court's November 20, 2007 order of dismissal is DENIED.

    Petitioner again is reminded that the dismissal was without prejudice. He is free to file a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application. In fact, it appears that he has already done so. See Bayramoglu v Curry, No C 08-0277 VRW (PR) (ND Cal filed Jan 16, 2008).

    SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Bayramoglu, F1.or3.wpd